**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Hector G. Veliz        JOINT DEBTOR: Maria Veliz        CASE NO.: _____

Last Four Digits of SS# _7492_        Last Four Digits of SS# _2745_

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.        $ _2992.26_ for months _1_ to _60_; in order to pay the following creditors:

Administrative:        Attorney's Fee - $ _3650_        TOTAL PAID $ _1500_ Balance Due $ _2150_
                       payable $ _86_ /month (Months _1_ to _25_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _Ocwen Loan Servicing LLC_          Arrearage on Petition Date   $55,021.26
Address: _3451 Hammond Avenue_          Arrears Payment        $ _917.02_ /month (Months _1_ to _60_)
_Waterloo, IA 50702_                    Regular Payment        $ _1705.50_ /month (Months _1_ to _60_)
Account No: _xxx7091_

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None _____        Total Due $_____
                          Payable    $_____ /month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ _11.72_ /month (Months _1_ to _25_) and Pay $ _97.72_ /month (Months _26_ to _60_).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditors Shappire Pointe Recreation Association and Silverlakes Association and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/Robert Sanchez, Esq._                    _/s/Robert Sanchez, Esq._
Attorney for the Debtor                      Attorney for the Joint Debtor
Date: _5-13-2015_                            Date: _05-13-2015_

LF-31 (rev. 01/08/10)