# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

IN RE:  CASE NO.: 15-18784-JKO
CHAPTER 13

**HECTOR GUILLERMO VELIZ,**

    Debtor,

**MARIA EUGENIA VELIZ,**

    Joint Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of Ocwen Loan Servicing, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Seth Greenhill, Esq.**
**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

**I HEREBY CERTIFY** that on June 10, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

Hector Guillermo Veliz
17794 SW 28th Street
Miramar, FL 33029




Maria Eugenia Veliz
17794 SW 28th Street
Miramar, FL 33029

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. lstAve. Suite 1204
Miami, FL 33130

                              ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                              Attorney for Secured Creditor
                              6409 Congress Ave., Suite 100
                              Boca Raton, FL 33487
                              Telephone: 561-241-6901
                              Facsimile: 561-241-1969

                              By: /s/ Seth Greenhill
                              Seth Greenhill, Esquire
                              Florida Bar Number 97938
                              Email: sgreenhill@rasflaw.com

14-58806 - TaV