

**ORDERED in the Southern District of Florida on August 4, 2015.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

                                                **CASE NO.:  15-18784-BKC-JKO**
                                                PROCEEDING UNDER CHAPTER 13

**IN RE:**

HECTOR GUILLERMO VELIZ
XXX-XX-7492
MARIA EUGENIA VELIZ
XXX-XX-2745

DEBTORS_____/

**ORDER AUTHORIZING CHAPTER 13 TRUSTEE TO DISBURSE PRE-CONFIRMATION**
**PAYMENTS TO ADMINISTRATIVE, SECURED, AND PRIORITY CREDITORS**

   **THIS CAUSE** came to be heard on Aug 03, 2015 for confirmation of a proposed Chapter 13 Plan, and based upon the record, it is

   **ORDERED**:

1. To facilitate the administration of this case, any and all interim pre-confirmation payments made to Robin R. Weiner, Standing Chapter 13 Trustee ("Trustee") shall be deemed non-refundable to the Debtors.

ORDER AUTHORIZING TRUSTEE TO DISBURSE PAYMENTS
CASE NO.:  15-18784-BKC-JKO

2. The Trustee shall hold any and all interim pre-confirmation payments in trust as adequate protection payments for the administrative, secured, and priority creditors on a pro-rata basis, in accordance with the last filed Plan, less all applicable Trustee's fees and costs pending confirmation, conversion, or dismissal of the case.

3. If for any reason, the case is dismissed or converted to any other Chapter in bankruptcy the Trustee shall disburse in the normal course all payments held in trust as adequate protection payments to the administrative, secured, and priority creditors on a pro-rata basis, in accordance with the last filed Plan, less all applicable Trustee's fees and costs.

###

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTORS**
HECTOR GUILLERMO VELIZ
MARIA EUGENIA VELIZ
17794 SW 28TH STREET
MIRAMAR, FL  33029-5123

**ATTORNEY FOR DEBTORS**
ROBERT SANCHEZ, ESQUIRE
355 W 49TH STREET
HIALEAH, FL  33012

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.