UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:  CASE NO.: 15-18784-JKO
CHAPTER 13

Hector Guillermo Veliz aka Hector G Veliz aka Hector Veliz aka Hector Guillermo Veliz Lorenti aka Hector Veliz Lorenti aka Hector G Veliz Lorenti,

   Debtor,

Maria Eugenia Veliz aka Maria Veliz aka Maria E Veliz,

   Joint Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

Vanessa D. Torres, ESQ.
ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487




15-048522 - MoB

15-18784-JKO
VELIZ, HECTOR
Notice of Appearance
Page 1

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on September 2, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL 33012

HECTOR GUILLERMO VELIZ
17794 SW 28TH ST
MIRAMAR, FL 33029

MARIA EUGENIA VELIZ
17794 SW 28TH ST
MIRAMAR, FL 33029

ROBIN R WEINER
POB 559007
FORT LAUDERDALE, FL 33355

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

 

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Vanessa D. Torres
Vanessa D. Torres, Esquire
Florida Bar Number 93113
Email: vdtorres@rasflaw.com