**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Hector Veliz                           Case No: 15-18784
      and                                  Chapter 13
    Maria Veliz


_____ Debtors _____/

## NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)    ☒        No further action is necessary.

2)    The following actions have been taken:

☐    The debtor has filed an objection to the proof of claim filed by _____.

☐    The debtor has filed a _____amended plan or modified plan to provide for the proof of claim filed by _____.

☐    Other: _____
_____
_____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on  September 23, 2015   .


Submitted by: 
**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33013
Tel. (305) 687-8008

By:*/s/Robert Sanchez*_____
Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)