# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FIRST AMENDED PLAN

DEBTOR: Hector G. Veliz           JOINT DEBTOR: Maria Veliz           CASE NO.: 15-18784-JKO
Last Four Digits of SS# 7492           Last Four Digits of SS# 2745

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 2,958.58 for months 1 to 60; in order to pay the following creditors:

Administrative:     Attorney's Fee - $ 3650          TOTAL PAID $ 1500  Balance Due $2150
                    payable $ 211.40/month (Months 1 to 10);
                    payable $ 36.00/month (Months 11 to 11).

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Seterus. Inc.                 Arrearage on Petition Date   $38,794.47
Address: POB 54420               Arrears Payment     $ 646.58   /month (Months 1 to 60)
Los Angeles, CA 90017            Regular Payment     $ 1,831.64 /month (Months 1 to 60)
Account No: xxx4795

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                 Total Due  $_____
                        Payable    $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors:  Pay $ 175.40   /month (Months 11 to 11);
                      Pay $ 211.40   /month (Months 12 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditors Shappire Pointe Recreation Association and Silverlakes Association and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/Robert Sanchez, Esq.                              /s/Robert Sanchez, Esq.
Attorney for the Debtor                              Attorney for the Joint Debtor
Date: 9-23-2015                                      Date: 09-23-2015


LF-31 (rev. 01/08/10)