UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                      Case No. 15-18784-JKO
    Hector Guillermo Veliz
    Maria Eugenia Veliz
        Debtor(s).                                  Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, by and through their undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On May 13, 2015 the instant case was filed.

2. On October 26, 2015 Debtor's First Amended Chapter 13 plan was confirmed.

3. On November 22, 2016, the Trustee issued a Notice of Delinquency stating that the Debtors were $5,917.16 that was due on or before January 6, 2017.

4. The Debtors have been unable to become current in the required time frame.

5. The debtors desire to modify their plan in order to become current with their Chapter 13 plan.

6. Furthermore, in Debtors' confirmed plan, the Debtors are paying the arrears and regular ongoing payments to Secured Creditor, Federal National Mortgage Association / Seterus, Inc.

7. Said Secured Creditor filed a notice of mortgage payment change, wherein the regular payment of the debtors' mortgage has increased from $1,831.64 to $1,915.06 due to a change in the escrow payment.

8. Debtors also desire to modify their plan in order to provide for the new payment to the Secured Creditor.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtors' First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Robin R. Weiner, Trustee and U.S. Mail on December 23, 2016: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161