**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
FIRST MODIFIED PLAN

DEBTOR: Hector G. Veliz    JOINT DEBTOR: Maria Veliz    CASE NO.: 15-18784-JKO
Last Four Digits of SS# 7492    Last Four Digits of SS# 2745

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 2,497.22 for months 1 to 19;
    B.    $ 3,109.84 for months 20 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $525(motion to modify) = 4175 TOTAL PAID $ 1500
    Balance Due $2675
    payable $ 113.16/month (Months 1 to 19);
    payable $ 175/month (Months 20 to 22)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Seterus. Inc.    Arrearage on Petition Date $38,794.47
Address: POB 54420    Arrears Payment    $581.69/month (Months 1 to 19)
Los Angeles, CA 90017    Arrears Payment    $ 676.64 /month (Months 20 to 60)
Account No: xxx4795    Regular Payment $ 1,647.83 /month (Months 1 to 19)
    Regular Payment $ 1,915.06 /month (Months 20 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None    Total Due $_____
    Payable    $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 74.03 /month (Months 1 to 19); Pay $ 60.43 /month (Months 20 to 22); and
    Pay $ 235.43 /month (Months 23 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditors Shappire Pointe Recreation Association and Silverlakes Association and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.                                    /s/Robert Sanchez, Esq.
Attorney for the Debtor                                      Attorney for the Joint Debtor
Date: 12/23/2016                                              Date: 12/23/2016

LF-31 (rev. 01/08/10)