# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### SECOND MODIFIED PLAN

DEBTOR: Hector G. Veliz           JOINT DEBTOR: Maria Veliz           CASE NO.: 15-18784-JKO
Last Four Digits of SS# 7492           Last Four Digits of SS# 2745

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 2,372.35 for months 1 to 20;
    B.    $ 3,224.90 for months 21 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $525(motion to modify) = 4175 TOTAL PAID $ 1500
    Balance Due $2675
    payable $ 107.50/month (Months 1 to 20);
    payable $ 175/month (Months 21 to 23)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Seterus. Inc.    Arrearage on Petition Date $38,794.47
Address: POB 54420    Arrears Payment    $552.60/month (Months 1 to 20)
Los Angeles, CA 90017    Arrears Payment    $ 693.56 /month (Months 21 to 60)
Account No: xxx4795    Regular Payment $ 1,565.43 /month (Months 1 to 20)
    Regular Payment $ 1,996.86 /month (Months 21 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None    Total Due $_____
    Payable  $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 70.32 /month (Months 1 to 20); Pay $ 66.31 /month (Months 21 to 23); and
    Pay $ 241.31 /month (Months 24 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditors Shappire Pointe Recreation Association and Silverlakes Association and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.                                   /s/Robert Sanchez, Esq.
Attorney for the Debtor                                         Attorney for the Joint Debtor
Date: 12/29/2016                                                 Date: 12/29/2016

LF-31 (rev. 01/08/10)