UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 15-18784-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

HECTOR GUILLERMO VELIZ
XXX-XX-7492
MARIA EUGENIA VELIZ
XXX-XX-2745

DEBTORS_____/

## TRUSTEE'S MOTION TO DEVIATE FROM PLAN AND DEEM CLAIM WITHDRAWN AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced case ("Trustee"), hereby files the Trustee's Motion to Deviate From Plan ("Motion") and Deem Claim Withdrawn and Certificate of Service of Court Generated Notice of Hearing pursuant to 11 U.S.C. §§ 502 and 1329 and Federal Rules of Bankruptcy Procedure 2002 and 3007, and states:

1. The Debtors filed a voluntary Chapter 13 Petition on **May 13, 2015**.

2. The Debtors' Chapter 13 Plan was confirmed on **October 5, 2015**.

3. Miramar, City of EMS ("Creditor"), Account #0831, has filed a Proof of Claim, Court Claim #5 ("Claim"), but refuses to accept payments from the Trustee and the Debtors have not modified the Plan accordingly.

4. The Trustee requests permission to deviate from the Plan and disburse payments allocated to Creditor to pay administrative, secured, and priority creditors more quickly (if applicable) and increase the amount paid to allowed unsecured creditors by the balance due to Creditor for the remainder of the Plan term.

5. The Trustee requests the Debtors be required to continue making payments under the Plan and not increase or decrease those payments unless further ordered by this Court.

**WHEREFORE** the Trustee respectfully requests this Honorable Court grant the Motion and enter an Order Deviating from the Plan, deeming the Claim withdrawn, allowing the Trustee to disburse payments allocated to Creditor to pay administrative, secured and priority creditors more quickly (if applicable) and increase the amount paid to allowed unsecured creditors by the balance due to Creditor for the remainder of the Plan term, require the Debtors to continue making payments under the Plan until further order of this Court, and for such other and further relief as the Court deems just and proper.

I **HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Deviate From Plan and Deem Claim Withdrawn and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed below this 28th day of April, 2017.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTORS**
HECTOR GUILLERMO VELIZ
MARIA EUGENIA VELIZ
17794 SW 28TH STREET
MIRAMAR, FL  33029-5123

**ATTORNEY FOR DEBTORS**
ROBERT SANCHEZ, ESQUIRE
355 W 49TH STREET
HIALEAH, FL  33012

**CREDITOR**
Miramar, City of EMS
c/o Municipal Services Bureau
8325 Tuscany Way Bldg.4
Austin,  TX  78754